# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

JOHN L. CRUISE,JR., BRIAN CONRAD,
KENNETH DIBBLE,MATTHEW A. EIRICH,
MICHAEL KOLOGY,PETER KROL,EDGAR
VELLOTTI
          Plaintiffs,

      - against -

MICHAEL J. DOYLE, as General Chairman of
LOCAL DIVISION 9, LOCOMOTIVE ENGINEERS,
ASSOCIATION OF COMMUTER RAIL EMPLOYEES,
LOCAL DIVISION 9, LOCOMOTIVE ENGINEER
ASSOCIATION OF COMMUTER RAIL EMPLOYEES.
and MTA METRO-NORTH RAILROAD
          Defendants.

TO: (Name and address of defendant)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CV 3940**

Judge Pauley

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)



ACCEPTED ON BEHALF OF
METRO-NORTH

MAY 21 2007

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

MAY 2 1 2007

DATE

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JOHN L. CRUISE, JR., BRIAN CONRAD,  :
KENNETH J. DIBBLE, MATTHEW A. EIRICH, :
MICHAEL KOLOGY, PETER J. KROL, EDGAR :
VELLOTTI, :
                Plaintiffs, :
                                       :
            - against -           :                    :
                                       :         AFFIDAVIT OF SERVICE
                                       :         07 CV 3940
MICHAEL J. DOYLE, as General Chairman, LOCAL :
DIVISION 9, LOCOMOTIVE ENGINEERS, :
ASSOCIATION OF COMMUTER RAIL EMPLOYEES, :
LOCAL DIVISION 9, LOCOMOTIVE ENGINEER :
ASSOCIATION OF COMMUTER RAIL EMPLOYEES, :
and MTA METRO-NORTH RAILROAD, :
                Defendants. :
-------------------------------------------------------------------x

STATE OF NEW YORK    )
                           ) ss:
COUNTY OF NEW YORK  )

      Juan Cortez, being duly sworn deposes and says:

      1.     I am over 18 years of age and am employed by the firm of Broach & Stulberg, LLP. I am not a party to this action.

      2.     On May 21, 2007, I served the Summons and Complaint in the above-captioned matter upon defendants, Michael Doyle and the officers of the Association of Commuter Rail Employees, 420 Lexington Avenue, New York, New York.

      3.     He is a white male over 50 years with gray hair. He is approximately six feet tall and weights approximately 210 lbs.

      4.     On May 22, 2007, I served the individual rules of Judge William Pauley together with the Electronic Case Filing Instructions and the individual rules of Magistrate Judge Henry

Pitman upon defendant Doyle and the officers of the Association of Commuter Rail Employees.

JUAN CORTEZ

Sworn to before this 23rd day of May, 2007

_____
NOTARY PUBLIC

IRA CURE
NOTARY PUBLIC, State of New York
No. 02CU4806815
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires January 31, 2011

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
JOHN L. CRUISE, JR., BRIAN CONRAD,            :
KENNETH J. DIBBLE, MATTHEW A. EIRICH,         :
MICHAEL KOLOGY, PETER J. KROL, EDGAR          :
VELLOTTI,                                     :
                    Plaintiffs,   :
                                  :
          - against -                   :
                                  :     AFFIDAVIT OF SERVICE
                                  :     07 CV 3940
                                  :
MICHAEL J. DOYLE, as General Chairman, LOCAL  :
DIVISION 9, LOCOMOTIVE ENGINEERS,             :
ASSOCIATION OF COMMUTER RAIL EMPLOYEES,       :
LOCAL DIVISION 9, LOCOMOTIVE ENGINEER         :
ASSOCIATION OF COMMUTER RAIL EMPLOYEES,       :
and MTA METRO-NORTH RAILROAD,                 :
                                  :
                  Defendants.  :
-----------------------------------------------------------------------x

STATE OF NEW YORK    )
                    ) ss:
COUNTY OF NEW YORK   )

      Juan Cortez, being duly sworn deposes and says:

      1.    I am over 18 years of age and am employed by the firm of Broach & Stulberg, LLP. I am not a party to this action.

      2.    On May 21, 2007, I served the Summons and Complaint in the above-captioned matter upon defendant, Metro-North Railroad at 347 Madison Avenue, New York, New York by personally delivering and leaving the same with Linda Montanino, a person of suitable age and description who identified herself as the Assistant Secretary and Litigation Assistant in Metro-North's Legal Department. Linda Montanino is a white female who is between fifty-five and sixty years old.

      3.    On May 22, 2007, I served the individual rules of Judge William Pauley together with the Electronic Case Filing Instructions and the individual rules of Magistrate Judge Henry

Pitman at the office of the defendant Metro-North Railroad at 347 Madison Avenue, 19th Floor, New York, New York.

                                                                JUAN CORTEZ

Sworn to before this 23rd day
of May, 2007

_____
NOTARY PUBLIC

IRA CURE
NOTARY PUBLIC, State of New York
No. 02CU4806815
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires January 31, 2011