AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        NEW YORK

### APPEARANCE

Case Number: 07-CV-3940

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MICHAEL J. DOYLE, as General Chairman of LOCAL DIVISION 9, LOCOMOTIVE ENGINEERS, ASSOCIATION OF COMMUTER RAIL EMPLOYEES and LOCAL DIVISION 9, LOCOMOTIVE ENGINEER ASSOCIATION OF COMMUTER RAIL EMPLOYEES

I certify that I am admitted to practice in this court.

| 6/8/2007 |  |
|---|---|
| Date | Signature |

| Marion M. Lim | ML7746 |
|---|---|
| Print Name | Bar Number |

3 West 35th Street, 9th Floor
Address

| New York | NY | 10001-2204 |
|---|---|---|
| City | State | Zip Code |

| (212) 682-2280 | (212) 682-2153 |
|---|---|
| Phone Number | Fax Number |