## BROACH & STULBERG, LLP

ATTORNEYS AT LAW

ONE PENN PLAZA

SUITE 2016

NEW YORK, NEW YORK 10119

(212) 268-1000

FAX (212) 947-6010

JUDITH P. BROACH*
ROBERT B. STULBERG°
DAVID C. SAPP, JR.△

AMY F. SHULMAN◊

OF COUNSEL
IRA CURE▽

* NY, CA BARS
° NY, DC BARS
▽ NY, NJ BARS
△ NY, NJ, FL BARS
◊ NY, MA, DC BARS

NEW JERSEY OFFICE
ONE GATEWAY CENTER
SUITE 2600
NEWARK, NJ 07102
(973) 456-7021
FAX (973) 622-3423



June 15, 2007

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                    Re:    Cruise v. Doyle
                            07 CV 3940 (WHP)

Dear Judge Pauley:

      We represent the Plaintiffs in the above-referenced case. We have learned today that the Court has scheduled a pre-motion conference for Friday, July 13, 2007 at 11:15 a.m. We are writing to request that the conference be adjourned until August 10, 2007. We make this request because the undersigned has a longstanding commitment serve as an arbitrator on both July 13 and 20.

      The undersigned has spoken with Counsel for the defendants both of whom consents to the adjournment of the July 13, 2007 conference and both of whom are available on August 10, 2007. As we understand it, your rules require that the conference be conducted on Friday, it might be possible to schedule the conference earlier, if some day other than Friday was designated as the day for the conference.

Honorable William H. Pauley III
June 15, 2007
Page 2

       We hope this request meets with the Court's approval.

       Very truly yours,

       BROACH & STULBERG, LLP

       By: _____
            Ira Cure

IC/ps
cc:    Frank Rinaldi, Esq.
       Vincent O'Hara, Esq.
       Marion Lim, Esq.
       John L. Cruise, Jr.
       Mr. Brian A. Conrad
       Mr. Kenneth J. Dibble
       Mr. Matthew A. Eirich
       Mr. Michael Kology
       Mr. Peter J. Krol
       Mr. Edgar Vellotti