```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
JOHN L. CRUISE et al.,                        07 Civ. 3940 (WHP)
:
        Plaintiffs,                 SCHEDULING ORDER No. 1
:
    -against-
:
MICHAEL J. DOYLE et al.,
:
        Defendants.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        The initial pre-trial conference in this matter is scheduled for July 13, 2007 at 11:15 a.m. This Court will also hold a pre-motion conference on Defendants' proposed motion to dismiss at that time.

Dated: June 14, 2007
       New York, New York

                                        SO ORDERED:

                                        _____
                                        WILLIAM H. PAULEY III
                                                U.S.D.J.

*Counsel of Record:*

Ira Steven Cure, Esq.
Broach & Stulberg, LLP
One Penn Plaza, Suite 2016
New York, NY 10119
*Counsel for Plaintiffs*

Frank Rinaldi, Esq.
Metro-North, Office of the General Counsel
347 Madison Avenue
New York, NY 10017
*Counsel for Defendant Metro-North*

Marion Myungjin Lim, Esq.
Holm & O'Hara, LLP
420 Lexington Avenue, Suite 1745
New York, NY 10170
*Counsel for Non-Metro-North Defendants*