# BROACH & STULBERG, LLP

ATTORNEYS AT LAW

ONE PENN PLAZA
SUITE 2016
NEW YORK, NEW YORK 10119
(212) 268-1000
FAX (212) 947-6010



JUDITH P. BROACH*
ROBERT B. STULBERG°
DAVID C. SAPP, JR.ᐃ

AMY F. SHULMAN°

OF COUNSEL
IRA CURE▽

* NY, CA BARS
° NY, DC BARS
▽ NY, NJ BARS
ᐃ NY, NJ, FL BARS
° NY, MA, DC BARS

NEW JERSEY OFFICE
ONE GATEWAY CENTER
SUITE 2600
NEWARK, NJ 07102
(973) 456-7021
FAX (973) 622-3423

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/07

JUN 19 2007

MEMORANDUM ENDORSED

June 15, 2007

Honorable William H. Pauley, III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Cruise v. Doyle
                07 CV 3940 (WHP)

Dear Judge Pauley:

      We represent the Plaintiffs in the above-referenced case. We have learned today that the Court has scheduled a pre-motion conference for Friday, July 13, 2007 at 11:15 a.m. <u>We are writing to request that the conference be adjourned until August 10, 2007.</u> We make this request because the undersigned has a longstanding commitment serve as an arbitrator on both July 13 and 20.

      The undersigned has spoken with Counsel for the defendants both of whom consents to the adjournment of the July 13, 2007 conference and both of whom are available on August 10, 2007. As we understand it, your rules require that the conference be conducted on Friday, it might be possible to schedule the conference earlier, if some day other than Friday was designated as the day for the conference.

Honorable William H. Pauley III
June 15, 2007
Page 2

       We hope this request meets with the Court's approval.

                                     Very truly yours,

                                     BROACH & STULBERG, LLP

                                   By: _____
                                         Ira Cure

IC/ps
cc:    Frank Rinaldi, Esq.
        Vincent O'Hara, Esq.
        Marion Lim, Esq.
        John L. Cruise, Jr.
        Mr. Brian A. Conrad
        Mr. Kenneth J. Dibble
        Mr. Matthew A. Eirich
        Mr. Michael Kology
        Mr. Peter J. Krol
        Mr. Edgar Vellotti

*Application granted. The conference will be held at 11:00 a.m*
SO ORDERED:
WILLIAM H. PAULEY III U.S.D.J.
7/3/07