# BROACH & STULBERG, LLP
### ATTORNEYS AT LAW

OF COUNSEL
IRA CURE*
TELEPHONE EXTENSION 15
icure@brostul.com

*NY, NJ BARS

ONE PENN PLAZA
SUITE 2016
NEW YORK, NEW YORK 10119
(212) 268-1000
FAX (212) 947-6010
www.brostul.com

August 2, 2007

**VIA OVERNIGHT MAIL**

Honorable William H. Pauley, III
USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                     Re:     Cruise et al. v. Doyle et al.
                                07CV3490 (WHP)

Dear Judge Pauley:

       We represent the Plaintiffs, John L. Cruise, Jr. et al. in the above-referenced action. We are presently scheduled to appear before you on August 10, 2007 at 11 a.m. After consultation with the attorneys for the Defendants and pursuant to your Individual Rules, we are proposing the following litigation schedule.

        a.      The initial disclosures pursuant to Rule 26(a)(i) will be made on or before October 31, 2007.

        b.      Discovery will be completed on or before January 31, 2008; discovery regarding liability and damages should go forward simultaneously.

        c.      Issues regarding electronically stored information: none expected to arise.

        d.      Issues relating to claims of privilege: none has arisen thus far.

        e.      Other changes in the limitations on discovery: none.

        f.      Pursuant to Rule 16 of the Federal Rules of Civil Procedure, (1) the time to join other parties and to amend the pleading: November 1, 2007 (2) the time to file dispositive motions: January 31, 2008.

      In addition, we are enclosing a courtesy copy of the Complaint in this matter.

Honorable William H. Pauley, III, USDJ
August 2, 2007
Page 2

       Thank you for your attention to this matter.

                           Respectfully submitted,

                           BROACH & STULBERG, LLP

                       By: _____
                             Ira Cure

IC/ps
Enclosure

cc:    Vincent F. O'Hara, Esq.(via facsimile and first class mail)
       Marion M. Lim, Esq. (via facsimile and first class mail)
       Frank Rinaldi, Esq. (via facsimile and first class mail)
       Mr. John L. Cruise, Jr.
       Mr. Brian A. Conrad
       Mr. Kenneth J. Dibble
       Mr. Matthew A. Eirich
       Mr. Michael Kology
       Mr. Peter J. Krol
       Mr. Edgar Vellotti