UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
JOHN L. CRUISE et al.,        :   07 Civ. 3940 (WHP)(HBP)
                              :
              Plaintiffs,     :   ORDER OF REFERENCE
                              :   TO A MAGISTRATE JUDGE
     -against-                :
                              :
MICHAEL J. DOYLE et al.,      :
                              :
              Defendants.     :
                              :
------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/15/07

     The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositve Motion/Dispute* _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | _____ | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion:_____ |
| | | | All such motions: ___ |

======================================================================
* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: August 13, 2007
       New York, New York

                                                UNITED STATES DISTRICT JUDGE
                                                WILLIAM H. PAULEY III

*Counsel of Record:*

Ira Steven Cure, Esq.
Broach & Stulberg, LLP
One Penn Plaza, Suite 2016
New York, NY 10119
*Counsel for Plaintiffs*

Frank Rinaldi, Esq.
Metro-North, Office of the General Counsel
347 Madison Avenue
New York, NY 10017
*Counsel for Defendant Metro-North*

Marion Myungjin Lim, Esq.
Holm & O'Hara, LLP
420 Lexington Avenue, Suite 1745
New York, NY 10170
*Counsel for Non-Metro-North Defendants*

*Copy mailed to:*

Hon. Henry B. Pitman