USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                               :
JOHN L. CRUISE et al.,                 07 Civ. 3940 (WHP)
                               :
                Plaintiffs,           SCHEDULING ORDER No. 2
                               :
           -against-
                               :
MICHAEL J. DOYLE et al.,
                               :
                Defendants.
                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

         Counsel for the parties having appeared for a conference before this Court on August 10, 2007, the following schedule is established on their consent:

1. Defendants shall file and serve their motion to dismiss by October 26, 2007;

2. Plaintiffs shall file and serve any opposition by November 20, 2007;

3. Defendants shall file and serve any reply by November 30, 2007;

4. This Court will hear oral argument on December 14, 2007 at 11:00 a.m.; and

5. Discovery is stayed until December 14, 2007.

Dated: August 13, 2007
        New York, New York

                                           SO ORDERED:

                                           _____
                                           WILLIAM H. PAULEY III
                                                  U.S.D.J.

*Counsel of Record:*

Ira Steven Cure, Esq.
Broach & Stulberg, LLP
One Penn Plaza, Suite 2016
New York, NY 10119
*Counsel for Plaintiffs*

Frank Rinaldi, Esq.
Metro-North, Office of the General Counsel
347 Madison Avenue
New York, NY 10017
*Counsel for Defendant Metro-North*

Marion Myungjin Lim, Esq.
Holm & O'Hara, LLP
420 Lexington Avenue, Suite 1745
New York, NY 10170
*Counsel for Non-Metro-North Defendants*