AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

### APPEARANCE

Case Number: 07-CV-3940

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MICHAEL J. DOYLE, as General Chairman of LOCAL DIVISION 9, LOCOMOTIVE ENGINEERS, ASSOCIATION OF COMMUTER RAIL EMPLOYEES AND LOCAL DIVISION 9, LOCOMOTIVE ENGINEER ASSOCIATION OF COMMUTER RAIL EMPLOYEES

I certify that I am admitted to practice in this court.

10/19/2007
Date


Signature

Vincent F. O'Hara, Esq.          VO1001
Print Name                        Bar Number

3 West 35th Street, 9th Floor
Address

New York          NY          10001-2204
City              State       Zip Code

(212) 682-2280          (212) 682-2153
Phone Number            Fax Number