

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOHN L. CRUISE, JR., BRIAN CONRAD,
KENNETH J. DIBBLE, MATTHEW A. EIRICH,
MICHAEL KOLOGY, PETER J. KROL, EDGAR
VELLOTTI,

                    Plaintiffs,

           - against -

                    SCHEDULING ORDER No. 3
                    07 CV 3940 (WHP)

MICHAEL J. DOYLE, as General Chairman, LOCAL
DIVISION 9, LOCOMOTIVE ENGINEERS,
ASSOCIATION OF COMMUTER RAIL EMPLOYEES,
LOCAL DIVISION 9, LOCOMOTIVE ENGINEER
ASSOCIATION OF COMMUTER RAIL EMPLOYEES,
and MTA METRO-NORTH RAILROAD,



                    Defendants.
------------------------------------------------------------x

WILLIAM H. PAULEY III, District Judge:

Counsel for the parties having appeared for a conference before this Court on August 10, 2007, the following schedule is established on their consent:

1. Defendants shall file and serve their motion to dismiss by October 26, 2007;

2. Plaintiffs shall file and serve any opposition by December 4, 2007;

3. Defendants shall file and serve any reply by December 17, 2007;

4. This Court will hear oral argument on January 4, 2008 at ~~11:00 a.m.~~ 12:30 p.m.;

5. Discovery is stayed until January 4, 2008.

Dated: November ~~14~~ 26, 2007
       New York, New York

                        SO ORDERED:

                        WILLIAM H. PAULEY
                        U.S.D.J.

*Counsel of Record:*

Ira Cure, Esq.
Broach & Stulberg, LLP
One Penn Plaza, Suite 2016
New York, New York 10119
*Counsel for Plaintiffs*

Frank Rinaldi, Esq.
Metro-North, Office of General Counsel
347 Madison Avenue
New York, New York 10017
*Counsel for Defendant Metro-North*

Marion Lim, Esq.
Holm & O'Hara, LLP
420 Lexington Avenue, Suite 1745
New York, New York 10170
*Counsel for Defendants Local Division 9, Locomotive Engineers and Association of Commuter Rail Employees*