VINCENT F. O'HARA
WILLIAM P. HOLM*
MICHAEL L. LANDSMAN
CAROL G. DELL

ABBEY M. GRUBER¹
MARION M. LIM
VALERIA A. KOZHICH

* ALSO ADMITTED IN CT
¹ ALSO ADMITTED IN NJ

# HOLM & O'HARA LLP
ATTORNEYS AT LAW
3 WEST 35TH STREET
NEW YORK, NEW YORK 10001-2204
(212) 682-2280
FAX (212) 682-2153
www.holmandohara.com

CONNECTICUT OFFICE
73 MAIN STREET
P.O. BOX 215
SHARON, CT 06069
(860) 364-0627



December 13, 2007

**Via Facsimile**
The Honorable William H. Pauley III
United States Courthouse
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

Re: *Cruise et al. v. Doyle et al.*
07-cv-3940 (Pauley, J.)(Pitman, M.J.)
Our File No. 4422.001

Dear Judge Pauley:

The Defendant Association of Commuter Rail Employees, Local Division 9 ("ACRE"), with the consent of Defendant MTA Metro-North Railroad ("Metro-North") respectfully submit this joint letter request for permission to submit a Reply Memorandum in excess of the ten (10) page limit set forth in Your Honor's Individual Practice Rules.

Defendants ACRE and Metro-North are preparing a Joint Reply Memorandum in Support of their Joint Motion to Dismiss for submission on Monday, December 17, 2007 (pursuant to the Court's November 26, 2007 Order). Since defendants Reply is a joint submission on behalf of defendants ACRE and Metro-North, the defendants jointly request the Court's permission to exceed the ten (10) page limit set forth in Your Honor's Individual Practices. Defendants estimate that a joint Reply will not exceed fifteen (15) pages.

Accordingly, Defendants ACRE and Metro-North jointly and respectfully request the Court's permission to submit a Reply Memorandum of Law not to exceed fifteen (15) pages on Monday, December 17, 2007.

*application granted*
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
12/14/2007

The Honorable William H. Pauley III
December 13, 2007
Page 2 of 2

      Thank you for your courtesy in this matter.

                Respectfully submitted,

                HOLM & O'HARA LLP
                *Attorneys for ACRE & Doyle*

                Marion M. Lim
                3 West 35th Street, 9th Floor
                New York, New York 10001
                (212) 682-2280

cc:    Ira Cure, Esq. (via facsimile)
       Frank Rinaldi, Esq. (via facsimile)
       Michael F. Doyle (via facsimile)

L:\VFO\ACRE\4422\4422.001\Letters\J Pauley-06.pagelimit.doc