AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                           DISTRICT OF

John L. Cruise et al.,
                  Plaintiffs,

  - against -

Michael J. Doyle et al.,

                  Defendants.

**APPEARANCE**

Case Number: 07-CV-3940

To the Clerk of this court and all parties of record:     Frank Rinaldi

Enter my appearance as counsel in this case for

Metro-North Commuter Railroad

I certify that I am admitted to practice in this court.

1/7/08
Date

Signature

Frank Rinaldi             FR4958
Print Name             Bar Number

347 Madison Avenue
Address

New York     New York     10017
City     State     Zip Code

(212) 340-2027     (212) 697-9079
Phone Number     Fax Number