AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

JOHN L. CRUISE, JR., et al.,
    Plaintiffs,
v.
MICHAEL J. DOYLE, as General
Chairman, LOCAL DIVISION 9,
ASSOCIATION OF COMMUTER RAIL
EMPLOYEES, et al.,
    Defendants.

**APPEARANCE**

Case Number: 07 CIV. 3940

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs JOHN L. CRUISE, JR., BRIAN CONRAD, KENNETH J. DIBBLE, MATTHEW A. EIRICH, MICHAEL KOLOGY, PETER J. KROL, and EDGAR VELLOTTI.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/14/2008 | *[signature]* |
| Date | Signature |
| | Amy F. Shulman     AS3487 |
| | Print Name     Bar Number |
| | Broach & Stulberg, LLP, One Penn Plaza, Suite 2016 |
| | Address |
| | New York     NY     10119 |
| | City     State     Zip Code |
| | (212) 268-1000     (212) 947-6010 |
| | Phone Number     Fax Number |