UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
JOHN L. CRUISE et al.,        :
                              :
            Plaintiffs,       :   07 Civ. 3940 (WHP)
                              :
        -against-             :   SCHEDULING ORDER
                              :
MICHAEL J. DOYLE et al.,      :
                              :
            Defendants.       :
                              :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

      This Court will hold a status conference on March 14, 2008 at 10:00 a.m.

Dated: February 15, 2008
      New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                                  U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2008

*Counsel of Record:*

Ira Steven Cure, Esq.
Broach & Stulberg, LLP
One Penn Plaza, Suite 2016
New York, NY 10119
*Counsel for Plaintiffs*

Frank Rinaldi, Esq.
Metro-North, Office of the General Counsel
347 Madison Avenue
New York, NY 10017
*Counsel for Defendant Metro-North*

Marion Myungjin Lim, Esq.
Holm & O'Hara, LLP
420 Lexington Avenue, Suite 1745
New York, NY 10170
*Counsel for Non-Metro-North Defendants*