

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JOHN L. CRUISE, JR., BRIAN CONRAD,
KENNETH J. DIBBLE, MATTHEW A.
EIRICH, MICHAEL KILOGY, PETER J.
KROL, and EDGAR VELLOTTI,

                     Plaintiffs,

-against-

MICHAEL F. DOYLE, as General
Chairman, LOCAL DIVISION 9,
LOCOMOTIVE ENGINEERS,
ASSOCIATION OF COMMUTER RAIL
EMPLOYEES, LOCAL DIVISION 9,
LOCOMOTIVE ENGINEER
ASSOCIATION OF COMMUTER RAIL
EMPLOYEES, and MTA
METRO-NORTH RAILROAD,

                     Defendants.

07-Civ-3940 (WHP)

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**



IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, pursuant to Fed. R. Civ. 41(a), that this action is dismissed as to PLAINTIFF KENNETH DIBBLE without prejudice.

Dated: March 14, 2008
      New York, New York

Broach & Stulberg, LLP
Attorneys for Plaintiffs John Cruise,
Brian Conrad, Matthew Eirich
Michael Kology, Peter Krol and
Edgar Vellotti, and Kenneth Dibble

By: _____
    Amy F. Shulman, Esq.
One Penn Plaza, Suite 2016
New York, New York 10119
(212) 268-1000

Defendant MTA Metro-North Railroad

By: _____
    Frank Rinaldi, Esq.
347 Madison Avenue
New York, New York 10017-3739
(212) 340-2027

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
3/24/2008

Holm & O'Hara LLP
Attorneys for Defendants Association of
Commuter Rail Employees, Local Division 9
("ACRE"), and Michael Doyle, as Chairman of
ACRE

By: _____
    Vincent O'Hara
    Marion Lin
3 West 35th Street
New York, New York 10001
(212) 682-2280