UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                              :
JOHN L. CRUISE et al.,                        :
                                              :
                Plaintiffs,                   :    07 Civ. 3940 (WHP)
                                              :
        -against-                             :    SCHEDULING ORDER
                                              :
MICHAEL J. DOYLE et al.,                      :
                                              :
                Defendants.                   :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a March 14, 2008 conference, the following is established on consent:

        (1) The parties shall exchange initial disclosures by March 21, 2008;

        (2) All discovery shall be completed by June 16, 2008;

        (3) The parties shall submit a joint pre-trial order in accord with this Court's individual practices by July 18, 2008; and

        (4) This Court will hold a final pre-trial conference on August 8, 2008 at 10:15 a.m.

Dated: March 17, 2008
      New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                      U.S.D.J.

*Counsel of Record:*

Ira Steven Cure, Esq.
Amy Faith Shulman, Esq.
Broach & Stulberg, LLP
One Penn Plaza, Suite 2016
New York, NY 10119
*Counsel for Plaintiffs*

Frank Rinaldi, Esq.
Metro-North, Office of the General Counsel
347 Madison Avenue
New York, NY 10017
*Counsel for Defendant Metro-North*

Marion Myungjin Lim, Esq.
Holm & O'Hara, LLP
420 Lexington Avenue, Suite 1745
New York, NY 10170
*Counsel for Non-Metro-North Defendants*