UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



JOHN L. CRUISE, JR., BRIAN CONRAD,
KENNETH J. DIBBLE, MATTHEW A. EIRICH,
MICHAEL KILOGY, PETER J. KROL, EDGAR
VELLOTTI,

                  Plaintiffs.

-against-

MICHAEL F. DOYLE, as General Chairman, LOCAL
DIVISION 9, LOCOMOTIVE ENGINEERS,
ASSOCIATION OF COMMUTER RAIL EMPLOYEES,
LOCAL DIVISION 9, LOCOMOTIVE ENGINEER
ASSOCIATION OF COMMUTER RAIL EMPLOYEES,
And MTA METRO-NORTH RAILROAD,

                  Defendants.

_____X

07-Civ-3940
(Pauley, J)
(Pitman, MJ)

**STIPULATION TO
SUBSTITUTE COUNSEL**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that

LOUIE NIKOLAIDIS shall be substituted for IRA S. CURE and AMY F. SHULMAN,

BROACH & STULBERG, LLP, as counsel of record for plaintiffs John Cruise, Brian Conrad,

Matthew Eirich, Michael Kology, Peter Krol, and Edgar Vellotti in the above-entitled action.

Dated: March 14, 2008

Amy F. Shulman, Esq.
Broach & Stulberg, LLP
One Penn Plaza, Suite 2016
New York, New York 10119

Louie Nikolaidis, Esq.
Lewis, Clifton & Nikolaidis, PC
275 Seventh Ave., Suite 2300
New York, New York 10001

AGREED:

John Cruise
P.O. Box 683
Dover Plains, NY 12522

Brian Conrad
5 North View Lane
Hopewell Junction, NY 12533

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
4/1/2008

Matthew Eirich
P.O. Box 5335
Brookfield, CT 06804

Michael Kology
309 Hudson Harbour Drive
Poughkeepsie, NY 12601

Peter Krol
139 Fountain Street, Apt. A8
New Haven, CT 06515

Edgar Venotti
1135 Hamilton Avenue
Waterbury, CT 06515

SO ORDERED.

Hon. J. Pauley, III.
United States District Judge