UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JOHN L. CRUISE et al.,

               Plaintiffs,

               -against-

MICHAEL J. DOYLE et al.,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 3940 (WHP)

<u>SCHEDULING ORDER</u>

WILLIAM H. PAULEY III, District Judge:

       Counsel for the parties having appeared for an April 25, 2008 conference, the following is established on consent:

    (1) Defendants shall serve and file their motion for judgment on the pleadings by May 23, 2008;

    (2) Plaintiffs shall serve and file any opposition by June 13, 2008;

    (3) Defendants shall serve and file any reply by June 20, 2008;

    (4) This Court will hear oral argument on July 18, 2008 at 11:15 a.m.;

    (5) The parties shall complete discovery by August 15, 2008;

    (6) The parties shall submit a joint pre-trial order in accord with this Court's individual practices by September 15, 2008; and

(7) This Court will hold a final pre-trial conference on September 26, 2008 at 10:30 a.m.

Dated: April 28, 2008
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Louie Dimitrios Nikolaidis, Esq.
Lewis Greenwald Clifton & Nikolaidis, P.C.,
275 Seventh Avenue, Ste. 2300
New York, NY 10001
*Counsel for Plaintiffs*

Frank Rinaldi, Esq.
Metro-North, Office of the General Counsel
347 Madison Avenue
New York, NY 10017
*Counsel for Defendant Metro-North*

Marion Myungjin Lim, Esq.
Holm & O'Hara, LLP
420 Lexington Avenue, Suite 1745
New York, NY 10170
*Counsel for Non-Metro-North Defendants*