UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOHN L. CRUISE, JR., BRIAN CONRAD, :
KENNETH J. DIBBLE, MATTHEW A. EIRICH, :
MICHAEL KOLOGY, PETER J. KROL, :
EDGAR VELLOTTI, : **NOTICE OF DEFENDANT**
: **ACRE'S MOTION FOR**
              Plaintiffs, : **JUDGMENT ON THE**
: **PLEADINGS PURSUANT**
    - against - : **TO FED. R. CIV. P. 12(c)**
:
MICHAEL J. DOYLE, as General Chairman, LOCAL :
DIVISION 9, LOCOMOTIVE ENGINEERS, :
ASSOCIATION OF COMMUTER RAIL EMPLOYEES, : 07-CV-3940
LOCAL DIVISION 9, LOCOMOTIVE ENGINEER : (Pauley, J)
ASSOCIATION OF COMMUTER RAIL EMPLOYEES, : (Pitman, MJ)
and MTA METRO-NORTH RAILROAD, :
:
             Defendants. :
:
------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the attached declaration of Vincent F. O'Hara, the exhibits annexed thereto, and the supporting memorandum of law, pursuant to Federal Rule of Civil Procedure 12(c) and Local Rules 6.1 and 7.1 of the Southern District of New York, Defendants Michael F. Doyle (sued herein as Michael J. Doyle), as General Chairman of the Local Division 9, Locomotive Engineers, Association of Commuter Rail Employees ("DOYLE") and the Association of Commuter Rail Employees ("ACRE") (collectively "ACRE"), by their attorney, will move this Court before the Honorable William H. Pauley, III, District Judge, United States District Court, Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on July 18, 2008 at 11:15 a.m. in Courtroom 11D, pursuant to this Court's April 28, 2008 Order, for the following:

(a) an Order granting judgment in favor of Defendant ACRE pursuant to FED. R. CIV. P. R. 12(c) and dismissing the Complaint on the grounds that: (1) Plaintiffs' First Cause of Action was previously dismissed by this Court and is time barred; (2) Plaintiffs' Second Cause of Action fails to state a claim for the breach of the duty of fair representation; and (3) Plaintiffs' Third Cause of Action fails to state a claim for a breach of the ACRE Constitution; and

(b) for such other and further relief as this Court deems just and proper, including attorneys' fees for having to seek dismissal of the First Cause of Action which was previously dismissed by this Court.

Dated: New York, New York
      May 23, 2008

Respectfully submitted,

HOLM & O'HARA LLP
*Attorneys for Defendants*
*Michael F. Doyle, sued herein as Michael J. Doyle, as General Chairman, Local Division 9, Locomotive Engineers, and Association of Commuter Rail Employees*

By: /s/ Vincent F. O'Hara
    Vincent F. O'Hara
    3 West 35th Street, 9th Floor
    New York, New York 10001
    (212) 682-2280

TO: Louis D. Nikolaidis, Esq.
LEWIS, CLIFTON & NIKOLAIDIS, P.C.
*Attorneys for Plaintiffs*
*John L. Cruise, Jr., Brian Conrad,*
*Kenneth J. Dibble, Matthew A. Eirich,*
*Peter J. Krol, and Edgar Vellotti*
275 Seventh Avenue, Suite 2300
New York, NY 10001

Frank Rinaldi, Esq.
RICHARD K. BERNARD,
Vice President and General Counsel
*Attorneys for Defendant MTA Metro-North*
347 Madison Avenue
New York, New York 10017
(212) 340-2027