Case 1:07-cv-03940-WHP   Document 42   Filed 05/23/2008   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

JOHN L. CRUISE, JR., BRIAN CONRAD,
KENNETH J. DIBBLE, MATTHEW A. EIRICH,
MICHAEL KOLOGY, PETER J. KROL,
EDGAR VELLOTTI,

               Plaintiffs,

    - against -

MICHAEL J. DOYLE, as General Chairman, LOCAL
DIVISION 9, LOCOMOTIVE ENGINEERS,
ASSOCIATION OF COMMUTER RAIL EMPLOYEES,
LOCAL DIVISION 9, LOCOMOTIVE ENGINEER
ASSOCIATION OF COMMUTER RAIL EMPLOYEES,
and MTA METRO-NORTH RAILROAD,

               Defendants.

**NOTICE OF MOTION IN SUPPORT OF DEFENDANT METRO-NORTH'S MOTION FOR A JUDGMENT ON THE PLEADINGS**

07-CV-3940
(Pauley, J)
(Pitman, MJ)

PLEASE TAKE NOTICE that, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, on Friday, May 23, 2008, at 9:30 a.m., defendant Metro-North Commuter Railroad will move this Court for an order granting it a judgment on the pleadings dismissing the plaintiffs claim because plaintiffs amended complaint fails to state a claim and it is entitled to judgment as a matter of law.

Dated: New York, New York
         May 23, 2008

                                      Respectfully submitted,
                                      Richard K. Bernard, General Counsel
                                      Metro-North Railroad Company
                                      Attorney For Defendants
                                      347 Madison Avenue
                                      New York, New York 10017

                                      By:   Frank Rinaldi (FR-4958)
                                            Sr. Associate Counsel