**LEWIS, CLIFTON & NIKOLAIDIS, P.C.**

ATTORNEYS AT LAW

275 SEVENTH AVENUE
SUITE 2300
NEW YORK, N.Y. 10001-6708
(212) 419-1500

FACSIMILE
(212) 419-1510

DANIEL E. CLIFTON
LOUIE NIKOLAIDIS ◊
ELAINE L. SMITH

───
OF COUNSEL
STEPHEN H. STURM
MARK J. LOPEZ*

◊ ADMITTED IN NY AND NJ
* ADMITTED IN NY, NJ AND IL

EVERETT E. LEWIS (1924-2007)

NEW JERSEY OFFICE
340 GEORGE STREET
NEW BRUNSWICK, N.J. 08901
(732) 690-0100

June 5, 2008

**By Hand Delivery**
The Honorable William H. Pauley III
United States Courthouse
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

    Re:   *Cruise v. Doyle*
           07-CV-3940 (Pauley, J.) (Pitman, M.J.)

Dear Judge Pauley:

    Currently before the court is defendants' renewed motions to dismiss the above referenced matter. Plaintiffs' response thereto is due June 13, 2008. Unfortunately, I was served yesterday with an OTSC and request for temporary restraints against a union client. I expect to be extensively engaged in that matter next week. <u>Therefore I request a two-week extension of time to file my response papers.</u>

    I have consulted my opposing counsel and the employer's counsel consented to my request if the union's counsel would do likewise. The union's counsel refused to consent.

    No previous requests for an extension of time have been made.

Very truly yours,

Louie Nikolaidis, Esq.

cc: Marion M. Lim, Esq.
    Frank Rinaldi, Esq.

*Application granted. Plaintiffs shall serve and file their opposition by June 27, 2008. Defendants shall serve and file any reply by July 11, 2008. This Court will hear oral argument on July 18, 2008 at 11:15a.m. as currently scheduled.*

SO ORDERED: _____
WILLIAM H. PAULEY III U.S.D.J.
6/26/2008