UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| JOHN L. CRUISE, JR., BRIAN CONRAD, KENNETH J. DIBBLE, MATTHEW A. EIRICH, MICHAEL KOLOGY, PETER J. KROL, EDGAR VELLOTTI,<br><br>                      Plaintiffs,<br><br>   - against -<br><br>MICHAEL J. DOYLE, as General Chairman, LOCAL DIVISION 9, LOCOMOTIVE ENGINEERS, ASSOCIATION OF COMMUTER RAIL EMPLOYEES, LOCAL DIVISION 9, LOCOMOTIVE ENGINEER ASSOCIATION OF COMMUTER RAIL EMPLOYEES, and MTA METRO-NORTH RAILROAD,<br><br>                      Defendants. | **DECLARATION OF MARION M. LIM IN SUPPORT OF DEFENDANT ACRE'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>07-CV-3940<br>(Pauley, J)<br>(Pitman, MJ) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       I, Marion M. Lim, an attorney admitted to practice in this Court and the Courts of New York State, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

       1.     I am an attorney of record for the Defendants Michael F. Doyle, sued herein as Michael J. Doyle, as General Chairman, Local Division 9, Locomotive Engineers, Association of Commuter Rail Employees, and Local Division 9, Locomotive Engineer Association of Commuter Rail Employees (collectively "ACRE") in this action and an associate with the law firm of Holm & O'Hara LLP.

       2.     I am personally familiar with all of the facts and circumstances underlying this action.

       3.     This declaration is made on personal knowledge in support of Defendant

ACRE'S Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c) in this action for the purpose of placing before the Court true copies of documents referenced in ACRE'S motion pursuant to FED. R. CIV. P. 12(c) submitted herewith.

4. Attached hereto as "Exhibit I" is a true copy of the Order granting Defendant's Joint Motion to Dismiss signed by Judge Pauley on January 9, 2008.

5. Attached hereto as "Exhibit J" is a true copy of a letter dated March 7, 2008 from ACRE'S counsel, Marion M. Lim, Esq. to Plaintiffs' counsel, Ira S. Cure, Esq.

6. Louie Nikolaidis, Esq. substituted as counsel for Plaintiffs in this action and the March 7, 2008 letter addressed to Ira. S. Cure, Esq. was forwarded by ACRE'S counsel to Mr. Nikolaidis on March 12, 2008.

7. ACRE'S counsel received no response from Plaintiffs counsel regarding the March 7, 2008 letter.

8. Based upon this Declaration and Defendant ACRE'S Motion for Judgment on the Pleadings, Defendants Michael F. Doyle, sued herein as Michael J. Doyle, as General Chairman, Local Division 9, Locomotive Engineers, Association of Commuter Rail Employees, and Local Division 9, Locomotive Engineer Association of Commuter Rail Employees respectfully request that judgment be rendered in favor of ACRE and the Amended Complaint be dismissed; and the costs and legal fees for moving to dismiss the previously dismissed First Cause of Action be assessed against Plaintiffs.

Dated: New York, New York
July 11, 2008

                                      Respectfully submitted,

                                      HOLM & O'HARA LLP
*Attorneys for Defendants*
*Michael F. Doyle, sued herein as Michael J.*
*Doyle, as General Chairman, Local*
*Division 9, Locomotive Engineers, and*
*Association of Commuter Rail Employees*

                               By: /s/ Marion M. Lim
                                   Marion M. Lim
                                   3 West 35th Street, 9th Floor
                                   New York, New York 10001
                                   (212) 682-2280

TO:    Louis D. Nikolaidis, Esq.
        LEWIS, CLIFTON & NIKOLAIDIS, P.C.
        *Attorneys for Plaintiffs*
        *John L. Cruise, Jr., Brian Conrad,*
        *Kenneth J. Dibble, Matthew A. Eirich,*
        *Peter J. Krol, and Edgar Vellotti*
        275 Seventh Avenue, Suite 2300
        New York, NY 10001

        Frank Rinaldi, Esq.
        RICHARD K. BERNARD,
        Vice President and General Counsel
        *Attorneys for Defendant MTA Metro-North*
        347 Madison Avenue
        New York, New York 10017
        (212) 340-2027