UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————x

JOHN L. CRUISE, JR., BRIAN CONRAD,
MATTHEW A. EIRICH, MICHAEL KOLOGY,
PETER J. KROL, EDGAR VELLOTTI,

              Plaintiffs,

-against-

MICHAEL F. DOYLE, as General Chairman, LOCAL
DIVISION 9, LOCOMOTIVE ENGINEERS,
ASSOCIATION OF COMMUTER RAIL EMPLOYEES,
LOCAL DIVISION 9, LOCOMOTIVE ENGINEER
ASSOCIATION OF COMMUTER RAIL EMPLOYEES
And MTA METRO-NORTH RAILROAD,

              Defendants.

———————————————————x



07-CV-~~3696~~ 3740 (WHP)

**STIPULATION AND
ORDER OF DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, pursuant to Fed. R. Civ. P. 41(a), that this action is dismissed with prejudice as to plaintiffs JOHN L. CRUISE, JR., BRIAN CONRAD, MATTHEW A. EIRICH, MICHAEL KOLOGY, PETER J. KROL, and EDGAR VELLOTTI, with all parties to bear their own costs, disbursements and attorneys' fees.

Dated: July 23, 2008
       New York, New York

Lewis, Clifton & Nikolaidis, P.C.
Attorneys for Plaintiffs John Cruise,
Brian Conrad, Matthew Eirich, Michael
Kology, Peter Krol and Edgar Vellotti

_____
Louie Nikolaidis, Esq. (LN5979)
275 7th Avenue, 23rd Floor
New York, New York 10001
(212) 419-1500

Defendant MTA Metro-North Railroad

_____
Frank Rinaldi, Esq.
347 Madison Avenue
New York, New York 10017-3739
(212) 340-2027

The Clerk of Court is directed to mark this case closed.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
8/8/2008

Holm & O'Hara LLP
Attorneys for Defendants Association of
Commuter Rail Employees, Local
Division 9 ("ACRE"), and Michael Doyle
As Chairman of ACRE

_____
Vincent O'Hara, Esq.
3 West 35th Street
New York, New York 10001
(212) 682-2280

Agreed:

_____
John Cruise

_____
Matthew A. Eirich

_____
Peter Krol

_____
Brian Conrad

_____
Michael Kology

_____
Edgar Vellotti

SO ORDERED:

_____
William H. Pauley, III  U.S.D.J.